UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLDN COBELFRET PTE LTD,<br><br>        Petitioner,<br><br>v.<br><br>TRIORIENT LLC<br><br>        Respondent. | Civil Action No. 20 Civ. 9926<br><br>**<u>JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED and DECREED:** That for the reasons stated in the Stipulation for Entry of a Consent Judgment dated January 18, 2021, and So Ordered by the Honorable Vernon Broderick, United States District Judge on January 18, 2021; it is hereby

**ORDERED, ADJUDGED and DECREED:** That judgment is hereby entered in favor of plaintiff CLDN Cobelfret Pte Ltd and against defendant Triorient LLC in the amount of $3,429,623.18, plus post-judgment interest, accruing on any unpaid portions of the Judgment in this Count until the judgment is paid in full, is awarded with the rate and method of calculation set forth in 28 U.S.C. § 1961; and it is hereby

**FURTHER ORDERED, ADJUDGED, and DECREED** by and between the parties that this action is discontinued without prejudice and without costs with the entry of this Judgment.

Dated:  February _9_ , 2021
    New York, New York

                        Vernon S. Broderick
                        United States District Judge